902 A.2d 1232

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DANIEL FRAZIER, DEFENDANT–PETITIONER.

July 11, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

902 A.2d 1232

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RODNEY JACKSON, DEFENDANT–PETITIONER.

July 11, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

902 A.2d 1233

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DENEEN SMILEY, DEFENDANT–PETITIONER.

July 19, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).